1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Ann T. Wick
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
6

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

7            UNITED STATES DISTRICT COURT
8      FOR THE EASTERN DISTRICT OF WASHINGTON

9   UNITED STATES OF AMERICA,              **1:22-CR-2018-SAB**

10                    Plaintiff,            INDICTMENT

11                                          Vios:   18 U.S.C. § 2252A(a)(2)(A), (b)(1):
12         v.                                       Receipt of Child Pornography
                                                    (Count 1)
13  ROBERT RAY ROOT,

14                    Defendant.                    18 U.S.C. § 2252A(a)(2)(A), (b)(1):
15                                                  Distribution of Child Pornography
                                                    (Count 2)
16
17                                                  18 U.S.C. § 2252A(a)(5)(B), (b)(2):
18                                                  Possession of Child Pornography
                                                    (Count 3)
19
20                                                  18 U.S.C. § 2253
                                                    Forfeiture Allegations
21

22      The Grand Jury charges:

23                          COUNT 1

24      Beginning on or about October 10, 2021, and continuing through on or about

25  January 13, 2022, in the Eastern District of Washington, the Defendant, ROBERT

26  RAY ROOT, did knowingly receive child pornography, as defined in 18 U.S.C.

27  § 2256(8)(A), the production of which involved the use of minors engaging in

28

INDICTMENT - 1

sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: visual depictions of minors engaging in sexually explicit conduct, including, but not limited to, the lascivious exhibition of their genitals and pubic areas, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

Beginning on or about October 10, 2021, and continuing through on or about November 8, 2021, in the Eastern District of Washington and elsewhere, the Defendant, ROBERT RAY ROOT, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: visual depictions of minors engaging in sexually explicit conduct, including, but not limited to, the lascivious exhibition of their genitals and pubic areas, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 3

On or about January 13, 2022, in the Eastern District of Washington, the Defendant, ROBERT RAY ROOT, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18

1   U.S.C. § 2256(8)(A), the production of which involved the use of minors engaging

2   in sexually explicit conduct, and which visual depictions were of such conduct,

3   that had been mailed, and shipped and transported using any means and facility of

4   interstate and foreign commerce and in and affecting interstate and foreign

5   commerce by any means, including by computer, and that was produced using

6   materials that had been mailed, and shipped and transported in and affecting

7   interstate and foreign commerce by any means, including by computer, to wit:

8   visual depictions of minors, including prepubescent minors and minors who had

9   not attained 12 years of age, engaging in sexually explicit conduct, all in violation

10   of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and
incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of
18 U.S.C. § 2252A(a)(2), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as
alleged in Counts 1, 2, and/or 3 of this Indictment, the Defendant, ROBERT RAY
ROOT, shall forfeit to the United States, any visual depiction described in section
2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book,
magazine, periodical, film, videotape, or other matter which contains any such
visual depiction, which was produced, transported, mailed, shipped or received in
violation of this chapter; any property, real or personal, constituting or traceable to
gross profits or other proceeds obtained from such offenses; and, any property, real
or personal, used or intended to be used to commit or to promote the commission
of such offenses, or any property traceable to such property, including, but not
limited to, the following:

INDICTMENT - 3

1      -  A Digital (WD) 1TB Hard Disk Drive (HDD) with SN#: WCC6Y6ZC016J
2        and MDL#: WD10EZEX-60WN4A0 from a HP Omen Desktop
      Computer.

3      If any of the property described above, as a result of any act or

4  omission of the Defendant:

5        a.    cannot be located upon the exercise of due diligence;

6        b.    has been transferred or sold to, or deposited with, a third party;

7        c.    has been placed beyond the jurisdiction of the Court;

8        d.    has been substantially diminished in value; or

9        e.    has been commingled with other property which cannot be
10         divided without difficulty,

11 the United States of America shall be entitled to forfeiture of substitute property

12 pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

13     DATED this 15ᵗʰ day of February, 2022.

14

15

16

17

18

19

20

21 _Vanessa Waldref_

22 Vanessa R. Waldref
   United States Attorney

23

24 _A. Wick_

25 Ann T. Wick
   Assistant United States Attorney

26

27

28

INDICTMENT - 4