# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>-vs-<br>ROBERT RAY ROOT,<br><br>          Defendant. | Case No.  2:22-CR-2018-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  JULY 11, 2023<br><br>LOCATION: Yakima<br><br>**CHANGE OF PLEA HEARING** |

| Chief Judge Stanley A. Bastian | | |
|---|---|---|
| Linda Hansen | 01 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk**      **Interpreter** | **Court Reporter** |
| Todd Swenson for Ann Wick | | Alex Ben Hernandez, III |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | | |

**[ X ]  Open Court**    **[  ]  Chambers**    **[  ]  Telecon/Video**

Defendant is present with counsel and not in custody.

Ben Hernandez advised that the Defendant intends to enter a plea of guilty to Counts 1 and 2 of the Indictment without a plea agreement.

Todd Swenson advised that the Government may move to dismiss Count 3 of the Indictment after the guilty plea is entered.

Oath administered to Defendant for change of plea. The Defendant confirmed his true and correct name.

The Court advised the Defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed Defendant's understanding of the elements and facts which would need to be proven to obtain a conviction. The Court advised the Defendant of the minimum and maximum penalties associated with the charges he is pleading guilty to.

Defendant pleaded guilty to Counts 1 and 2 the Indictment. The Court accepted Defendant's guilty plea. The Court finds the defendant fully competent and aware of the charges against him; and that his plea is knowing and voluntary.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 10:34 A.M. | ADJOURNED: 11:01 A.M. | TIME: 27 MINS. | CALENDARED  [  ] |
|---|---|---|---|

*United States vs. Root*  July 11, 2023
2:22-CR-2018-SAB-1  Page 2
Change of Plea Hearing

Mr. Swenson made a motion to dismiss Count 3 of the Indictment, which was GRANTED.

The Court ordered a presentence investigation report and set sentencing for **10/11/2023 at 10:30 a.m**.

Mr. Swenson made an oral motion for detention.  Mr. Hernandez addressed the Court in support of the Defendant's release on conditions.  The motion is DENIED.

The Defendant will remain on the previously imposed conditions of release pending sentencing.