UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Root, Robert Ray | Docket No. | 0980 1:22CR02018-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Robert Ray Root, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 8th day of July 2023, under the following conditions:

**Special Condition 12**: Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet access capabilities, without the prior approval of pretrial services. Electronic media possessed by other residents of the home shall be password protected and not allow Defendant to have access.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Root is considered to be in violation of his pretrial release conditions by possessing a television with internet access capabilities without prior approval of pretrial services on September 22, 2023.

On September 22, 2023, U.S. Probation Officer Mowatt and this officer conducted an unannounced home visit at Mr. Root's residence. A home inspection was conducted and a smart television was powered on in Mr. Root's bedroom. Mr. Root showed this officer the television settings and it was determined that the television had internet access capability as it was connected to a local wi-fi network, a Gmail account, and had a web browser. Mr. Root did not have permission from pretrial services to posses this television.

PRAYING THAT THE COURT WILL TAKE NO ACTION

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: September 25, 2023 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

**Re: Root, Robert Ray**
**September 25, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

September 28, 2023
_____
Date