FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT RAY ROOT,<br><br>            Defendant. | No.  1:22-CR-2018-SAB-1<br><br>**FINAL ORDER OF FORFEITURE** |

BEFORE THE COURT is the Government's oral Motion for Entry of a Final Order of Forfeiture. Having reviewed the pleadings and file in this matter, the Court finds good cause to grant the motion. On July 26, 2023, the Court entered a Preliminary Order of Forfeiture (ECF No. 57) forfeiting the following listed asset to the United States:

- An HP Omen Desktop Computer with a Digital (WD) 1TB Hard Disk Drive

The Government published notice of the preliminary order of forfeiture beginning July 28, 2023 and ending August 26, 2023.  ECF No. 91, 91-1 and 91-2. The time for filing petitions for said assets expired on September 26, 2023, and to date, no petitions or claims for said assets have been filed, whether timely or not.

In accordance with Rule 32.2(b)(4)(A) and (B), the Preliminary Order of

FINAL ORDER OF FORFEITURE   -1

Forfeiture became final as to Defendant at sentencing and was included in the judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The Government's oral Motion for Entry of a Final Order of Forfeiture is **GRANTED.**

2. The Court's July 26, 2023, Preliminary Order of Forfeiture (ECF No. 57) is **FINAL** as to any and all persons and entities; the assets are hereby forfeited to the United States.

3 The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED this 9th day of November 2023.

*Stanley A. Bastian*
Stanley A. Bastian
Chief United States District Judge

FINAL ORDER OF FORFEITURE   -2